Johnnie SAUNDERS, Appellant,

v.

MODEL CITIES HEALTH
CORPORATION,
Respondent.

No. WD 67731.

Missouri Court of Appeals,
Western District.

Sept. 11, 2007.

Appeal from the Labor and Industrial Relations Commission.

Doc Netterville, IV, Kansas City, for appellant.

Christopher J. McCurdy, Kansas City, for respondent.

Before THOMAS H. NEWTON, Presiding Judge, and PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.[1]

### ORDER

Johnnie K. Saunders appeals the Labor and Industrial Relations Commission's decision that she was entitled only to permanent partial disability payments. We affirm pursuant to Rule 84.16(b).